254

795 A.2d 382

George Rahsaan BROOKS–BEY, Appellant,

v.

Mark KRYSEVIG, Joel S. Dickerson, William Stickman, Kevin Lockett, Cris R. Montenaro, Thomas Binder, David Bailey, C.O. 1 Snyder, C.O. 1 Flowers, C.O. 1 Morros, C.O. 1 Leonhiser, M.J. Matthews, Iman Tanko Ibrahim, C.O. 1 Link, C.O. 1 Bayer, Sandy Sage, Sara Vandenbraak, Martin F. Horn, W.F. Perry, Captain Yurich, M. Fearson, Richard Niles, Charles Simpson, Richard Watson, Rd. Swierczewski, Joan Delie, Tim Collins, Phillip Johnson, Robert Bitner, Thomas James, in their Individual Capacities, Appellees.

Supreme Court of Pennsylvania.

Submitted Feb. 1, 2002.

Decided April 24, 2002.

George Rahsaan Brooks-Bey, appellant, pro se.

Michael A. Farnan, Harrisburg, Alan Matthew Robinson, for Mark Krysevig, et al.

Before ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN, JJ.

## ORDER

PER CURIAM.

AND NOW, this 24th day of April, 2002, the Order of Commonwealth Court is vacated and this matter is remanded to that court for a determination of whether the appellant filed

a notice of appeal with the Common Pleas Court of Allegheny County on March 12, 2001.